IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Jeffrey B. Bove, Esq. | John C. Phillips, Jr., Esq. |
| Chad S. C. Stover, Esq. | Phillips, Goldman & Spence |
| Connolly Bove | 1200 North Broom Street |
| The Nemours Bldg. | Wilmington, DE 19806 |
| PO Box 2207 | |
| Wilmington, DE 19899 | |

Re: C.A. 10-805 BRISTOL-MYERS v. TEVA et al.

IMPORTANT NOTICE TO COUNSEL

Please be advised that, pursuant to Rule 16 of the Federal Rules of Civil Procedure, a Status Conference in the above-captioned case will be held on November 10, 2010 at 4:45 PM before The Honorable Harvey Bartle III, in his chambers, Room 16614, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Attached is a Case Status Report form which you are to complete and forward to the Court at least three (3) days prior to the conference. **Please do not have this form docketed.**

A Scheduling Order will be entered as a result of this conference.

Prior to attending the conference, participants are expected to have conferred with each other about each of the above-listed items. Plaintiff's counsel shall initiate the discussions, including discussion of settlement.

Katherine Gallagher
Deputy Clerk to Judge Bartle
(267) 299-7389

DATED: 10/27/10

Attachment

<pre>
                        CASE STATUS REPORT
Civil Action No.:  _____          Jury (__)
      Non-Jury (__)

Caption of Case:  _____

Date Service of Process Made:  _____

Name of Trial Counsel:  _____

Representing:  _____

Law Firm:  _____

Address:  _____

Telephone No.:  (_____)_____

 1.   This case has been/should be consolidated with Civil Action No.(s):
      _____

 2.   If this case should be consolidated with another civil action, state the
      reason why it should be consolidated.
      _____

 3.   By what date can discovery be completed?  _____

 4.   Do you anticipate using any expert witnesses?  _____

 5.   By what date will this case be ready for trial?  _____

 6.   What is the total time necessary to present your case?
      _____

 7.   What portion of this is liability?  _____   Damages?  _____

 8.   What is your estimate of the total time required for the entire trial?
      _____

 9.   Would an early settlement conference be helpful in effecting a
      settlement of this case?  Yes (___)     No (___)

10.   If the answer is "yes," when would be the most appropriate time for such
      a conference?  _____

11.   Do you have any special comment to make or special issue or problem to
      raise concerning the case?  If so, please use the reverse side.
_____
12.   THE FOLLOWING CERTIFICATION MUST BE EXECUTED BY COUNSEL:

          I HEREBY CERTIFY THAT PRIOR TO SUBMITTING THIS FORM I SPOKE WITH
      COUNSEL FOR ALL OTHER PARTIES AND CAREFULLY EXPLORED SETTLEMENT OF THIS
      ACTION.

_____        _____
Counsel for                         Date
</pre>