## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.: 10-805 HB |
| | ) | |
| TEVA PHARMACEUTICALS USA, INC. and | ) | |
| TEVA PHARMACEUTICAL INDUSTRIES | ) | |
| LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL OF COMPLAINT AS TO DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES, LTD. AND AMENDMENT OF CAPTION

Plaintiffs Bristol-Myers Squibb Company and Defendants Teva Pharmaceuticals USA, Inc. ("Teva USA") and Teva Pharmaceutical Industries, Ltd. ("Teva Ltd."), hereby stipulate, subject to the approval of the Court, to dismiss the Complaint filed by Plaintiff against Teva Ltd. in this action. The action will continue against Teva USA. It is further stipulated that this dismissal is without prejudice and is subject to the following conditions:

1. Teva Ltd. stipulates to be bound by any Judgment, Order, or decision in this action, or any appeal thereof.

2. Teva Ltd. and Teva USA stipulate that Teva Ltd.'s documents, witnesses and information are in Teva USA's custody or control for purposes of discovery or requests for admission in this lawsuit, subject to paragraph 3.

3. If the parties agree that a Teva Ltd. employee should be deposed, the parties agree that the deposition shall take place (at or near the Teva Ltd. witness's work location), upon notice to Teva USA pursuant to F.R.C.P. 45. If the parties disagree as to whether the Teva Ltd. employee should be deposed, the parties shall present the matter to the Court for resolution pursuant to F.R.C.P. 45. In the event the Court orders that the deposition of the Teva

Ltd. employee shall be taken, the Teva Ltd. employee will be made available for deposition (at or near the Teva Ltd.'s witness's work location) pursuant to the Court's Order, without requiring that Plaintiff adhere to the procedures of The Hague Convention.

      4.    The case caption should be amended to read as follows: "Bristol-Myers Squibb Company v. Teva Pharmaceuticals USA, Inc, C.A. No. 10-805 HB."

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Chad S.C. Stover
Jeffrey B. Bove (No. 998)
Chad S.C. Stover (No. 4919)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
jbove@cblh.com
cstover@cblh.com

*Attorneys for Plaintiff*

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (No. 5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
mch@pgslaw.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd.*

/s/ Harvey Bartle III

**SO ORDERED** this __12th__ day of ___November___, 2010