IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 10-805-CJB |
| | ) |
| TEVA PHARMACEUTICALS USA, INC. | ) |
| | ) |
| Defendant. | ) |

FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated in the Court's February 11, 2013, Memorandum Opinion (D.I. 163 and 163-1), the Court enters judgment as follows:

(1) To the extent that claim 8 of U.S. Patent No. 5,206,244 (which covers entecavir, and is the only patent claim asserted) is valid and enforceable, the submission of Defendant's ANDA No. 202122 constitutes an act of infringement of claim 8 of U.S. Patent No. 5,206,244; and the manufacture, use, sale, offer for sale, or importation into the United States of entecavir tablets that are the subject of Defendant's ANDA No. 202122 would also constitute an act of infringement of claim 8 of U.S. Patent No. 5,206,244;

(2) Claim 8 of U.S. Patent No. 5,206,244 (the only patent claim asserted) is invalid due to obviousness; and

(3) Claim 8 of U.S. Patent No. 5,206,244 is not unenforceable due to inequitable conduct.

_____
Christopher J. Burke
United States Magistrate Judge

March 5, 2013