# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1306

**BRISTOL-MYERS SQUIBB COMPANY,**

*Plaintiff - Appellant*

v.

**TEVA PHARMACEUTICALS USA, INC.,**

*Defendant - Appellee*

Appeal from the United States District Court for the District of Delaware in case no. 10-CV-0805 United States Magistrate Judge Christopher J. Burke

## MANDATE

In accordance with the judgment of this Court, entered June 12, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Clerk of Court, District of Delaware (Wilmington)